**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6477**

---

ROOSEVELT TAYLOR, JR.,

Plaintiff - Appellant,

and

CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; ROBERT L. CONNER; JOHNNY DAWSON;
THOMAS A. ELKINS; DONALD W. GARY; DAVID W.
HEAD; DOCK W. HILL-BEY; XUAN HO; CLARENCE E.
JONES; PAUL LEE MARTIN; ANDRE MOCK; STEVE M.
PERRY; RONALD L. PORTER; DAVID A. RICHARDSON;
EARNEST RUSSELL-EL; JOHN D. SIMPSON; DENNIS M.
TITUS; GREG WALKER; KENNETH A. WILLIAMSON;
JOHN WOMACK; ROBERT F. ALSTON; GARY NEWELL;
DAVID P. SELBY; JESSE M. HALE; TERRANCE M.
SEAY,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

Defendants.

No. 96-6498

DENNIS MICHAEL TITUS,

Plaintiff - Appellant,

and

CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE CONNER; ROBERT L. CONNER; JOHNNY DAWSON; THOMAS A. ELKINS; DONALD W. GARY; DAVID W. HEAD; DOCK W. HILL-BEY; XUAN HO; CLARENCE E. JONES; PAUL LEE MARTIN; ANDRE MOCK; STEVE M. PERRY; RONALD L. PORTER; DAVID A. RICHARDSON; EARNEST RUSSELL-EL; TERRANCE M. SEAY; JOHN D. SIMPSON; ROOSEVELT TAYLOR, JR.; GREG WALKER; KENNETH A. WILLIAMSON; JOHN WOMACK; ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY; JESSE M. HALE,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correctional Center; WILLIAM WELCH, Hospital Administrator Prison Medical Unit; LEON M. DIXON, M.D., Prison Medical Unit; DAVID W. BARNES, M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department of Corrections; BALVIR L. KAPIL, M.D., Prison Medical Unit,

Defendants.

3

CLARENCE E. JONES,

                                        Plaintiff - Appellant,

        and


CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; ROBERT L. CONNER; JOHNNY DAWSON;
THOMAS A. ELKINS; DONALD W. GARY; DAVID W.
HEAD; DOCK W. HILL-BEY; XUAN HO; PAUL LEE
MARTIN; ANDRE MOCK; STEVE M. PERRY; RONALD L.
PORTER; DAVID A. RICHARDSON; EARNEST RUSSELL-
EL; TERRANCE M. SEAY; JOHN D. SIMPSON;
ROOSEVELT TAYLOR, JR.; GREG WALKER; KENNETH A.
WILLIAMSON; JOHN WOMACK; ROBERT F. ALSTON;
GARY NEWELL; DAVID P. SELBY; DENNIS M. TITUS;
JESSE M. HALE,

                                        Plaintiffs,

        versus


DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

                                        Defendants - Appellees,

        and


RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

                                        Defendants.

---

**No. 96-6500**

---

TERRANCE M. SEAY,

Plaintiff - Appellant,

and

CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; ROBERT L. CONNER; JOHNNY DAWSON;
THOMAS A. ELKINS; DONALD W. GARY; DAVID W.
HEAD; DOCK W. HILL-BEY; XUAN HO; CLARENCE E.
JONES; PAUL LEE MARTIN; ANDRE MOCK; STEVE M.
PERRY; RONALD L. PORTER; DAVID A. RICHARDSON;
EARNEST RUSSELL-EL; JOHN D. SIMPSON; ROOSEVELT
TAYLOR, JR.; DENNIS M. TITUS; GREG WALKER;
KENNETH A. WILLIAMSON; JOHN WOMACK; ROBERT F.
ALSTON; GARY NEWELL; DAVID P. SELBY; JESSE M.
HALE,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

Defendants.

5

No. 96-6501

JOHN DAVID SIMPSON,

                                        Plaintiff - Appellant,

        and

CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; ROBERT L. CONNER; JOHNNY DAWSON;
THOMAS A. ELKINS; DONALD W. GARY; JESSE M.
HALE; DAVID W. HEAD; DOCK W. HILL-BEY; XUAN
HO; CLARENCE E. JONES; PAUL LEE MARTIN; ANDRE
MOCK; STEVE M. PERRY; RONALD L. PORTER; DAVID
A. RICHARDSON; EARNEST RUSSELL-EL; TERRANCE M.
SEAY; ROOSEVELT TAYLOR, JR.; DENNIS M. TITUS;
GREG WALKER; KENNETH A. WILLIAMSON; JOHN
WOMACK; ROBERT F. ALSTON; GARY NEWELL; DAVID
P. SELBY,

                                        Plaintiffs,

        versus

DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

                                        Defendants - Appellees,

        and

RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

                                        Defendants.


6

GREGORY WALKER,

                                        Plaintiff - Appellant,

        and


CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; ROBERT L. CONNER; JOHNNY DAWSON;
THOMAS A. ELKINS; DONALD W. GARY; JESSE M.
HALE; DOCK W. HILL-BEY; XUAN HO; CLARENCE E.
JONES; PAUL LEE MARTIN; ANDRE MOCK; STEVE M.
PERRY; RONALD L. PORTER; DAVID A. RICHARDSON;
EARNEST RUSSELL-EL; TERRANCE M. SEAY; JOHN D.
SIMPSON; ROOSEVELT TAYLOR, JR.; DENNIS M.
TITUS; KENNETH A. WILLIAMSON; JOHN WOMACK;
ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY,

                                                Plaintiffs,

        versus


DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

                                        Defendants - Appellees,

        and


RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

                                                Defendants.

ROBERT LEE CONNER,

Plaintiff - Appellant,

and

CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; JOHNNY DAWSON; THOMAS A. ELKINS;
DONALD W. GARY; JESSE M. HALE; DAVID W. HEAD;
DOCK W. HILL-BEY; XUAN HO; CLARENCE E. JONES;
PAUL LEE MARTIN; ANDRE MOCK; STEVE M. PERRY;
RONALD L. PORTER; DAVID A. RICHARDSON; EARNEST
RUSSELL-EL; TERRANCE M. SEAY; JOHN D. SIMPSON;
ROOSEVELT TAYLOR, JR.; DENNIS M. TITUS; GREG
WALKER; KENNETH A. WILLIAMSON; JOHN WOMACK;
ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

Defendants.

THOMAS ALLEN ELKINS,

Plaintiff - Appellant,

and

CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; ROBERT L. CONNER; JOHNNY DAWSON;
DONALD W. GARY; JESSE M. HALE; DAVID W. HEAD;
DOCK W. HILL-BEY; XUAN HO; CLARENCE E. JONES;
PAUL LEE MARTIN; ANDRE MOCK; STEVE M. PERRY;
RONALD L. PORTER; DAVID A. RICHARDSON; EARNEST
RUSSELL-EL; TERRANCE M. SEAY; JOHN D. SIMPSON;
ROOSEVELT TAYLOR, JR.; DENNIS M. TITUS; GREG
WALKER; KENNETH A. WILLIAMSON; JOHN WOMACK;
ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

Defendants.

RONALD L. PORTER,

                                        Plaintiff - Appellant,

        and


CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE
CONNER; ROBERT L. CONNER; JOHNNY DAWSON;
THOMAS A. ELKINS; DONALD W. GARY; JESSE M.
HALE; DAVID W. HEAD; DOCK W. HILL-BEY; XUAN
HO; CLARENCE E. JONES; PAUL LEE MARTIN; ANDRE
MOCK; STEVE M. PERRY; DAVID A. RICHARDSON;
EARNEST RUSSELL-EL; TERRANCE M. SEAY; JOHN D.
SIMPSON; ROOSEVELT TAYLOR, JR.; DENNIS M.
TITUS; GREG WALKER; KENNETH A. WILLIAMSON;
JOHN WOMACK; ROBERT F. ALSTON; GARY NEWELL;
DAVID P. SELBY,

                                        Plaintiffs,

        versus


DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

                                        Defendants - Appellees,

        and


RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

                                        Defendants.

10

CHARLES CLARKE,

Plaintiff - Appellant,

and

ROOSEVELT TAYLOR, JR.; CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK BLAIN; PHILLIP BOYD; JIMMIE CONNER; ROBERT L. CONNER; JOHNNY DAWSON; THOMAS A. ELKINS; DONALD W. GARY; DAVID W. HEAD; DOCK W. HILL-BEY; XUAN HO; CLARENCE E. JONES; PAUL LEE MARTIN; ANDRE MOCK; STEVE M. PERRY; RONALD L. PORTER; DAVID A. RICHARDSON; EARNEST RUSSELL-EL; TERRANCE M. SEAY; JOHN D. SIMPSON; DENNIS M. TITUS; GREG WALKER; KENNETH A. WILLIAMSON; JOHN WOMACK; ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY; JESSE M. HALE,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correctional Center; WILLIAM WELCH, Hospital Administrator Prison Medical Unit; LEON M. DIXON, M.D., Prison Medical Unit; DAVID W. BARNES, M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department of Corrections; BALVIR L. KAPIL, M.D., Prison Medical Unit,

Defendants.

JIMMIE CONNER,

Plaintiff - Appellant,

and

CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK
BLAIN; PHILLIP BOYD; CHARLES CLARKE; ROBERT
LEE CONNER; JOHNNY DAWSON; THOMAS A. ELKINS;
DONALD W. GARY; JESSE M. HALE; DAVID W. HEAD;
DOCK W. HILL-BEY; XUAN HO; CLARENCE E. JONES;
PAUL LEE MARTIN; ANDRE MOCK; STEVE M. PERRY;
RONALD L. PORTER; DAVID A. RICHARDSON; EARNEST
RUSSELL-EL; TERRANCE M. SEAY; JOHN D. SIMPSON;
ROOSEVELT TAYLOR, JR.; DENNIS M. TITUS; GREG
WALKER; KENNETH A. WILLIAMSON; JOHN WOMACK;
ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correc-
tional Center; WILLIAM WELCH, Hospital Admin-
istrator Prison Medical Unit; LEON M. DIXON,
M.D., Prison Medical Unit; DAVID W. BARNES,
M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department
of Corrections; BALVIR L. KAPIL, M.D., Prison
Medical Unit,

Defendants.

CHARLES C. ATKINS,

Plaintiff - Appellant,

and

REUBEN BARKSDALE, SR.; MARK BLAIN; PHILLIP BOYD; CHARLES CLARKE; ROBERT L. CONNER; JOHNNY DAWSON; THOMAS A. ELKINS; DONALD W. GARY; JESSE M. HALE; DAVID W. HEAD; DOCK W. HILL-BEY; XUAN HO; CLARENCE E. JONES; PAUL LEE MARTIN; ANDRE MOCK; STEVE M. PERRY; RONALD L. PORTER; DAVID A. RICHARDSON; EARNEST RUSSELL-EL; TERRANCE M. SEAY; JOHN D. SIMPSON; ROOSEVELT TAYLOR, JR.; DENNIS M. TITUS; GREG WALKER; KENNETH A. WILLIAMSON; JOHN WOMACK; ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY; JIMMIE CONNER,

Plaintiffs,

versus

DONALD R. GUILLORY, Warden Powhatan Correctional Center; WILLIAM WELCH, Hospital Administrator Prison Medical Unit; LEON M. DIXON, M.D., Prison Medical Unit; DAVID W. BARNES, M.D., Prison Medical Unit,

Defendants - Appellees,

and

RONALD ANGELONE, Director, Virginia Department of Corrections; BALVIR L. KAPIL, M.D., Prison Medical Unit,

Defendants.

PAUL LEE MARTIN,

                    Plaintiff - Appellant,

     and

ROOSEVELT TAYLOR, JR.; CHARLES C. ATKINS; REUBEN BARKSDALE, SR.; MARK BLAIN; PHILLIP BOYD; CHARLES CLARKE; JIMMIE CONNER; ROBERT L. CONNER; JOHNNY DAWSON; THOMAS A. ELKINS; DONALD W. GARY; DAVID W. HEAD; DOCK W. HILL-BEY; XUAN HO; CLARENCE E. JONES; ANDRE MOCK; STEVE M. PERRY; RONALD L. PORTER; DAVID A. RICHARDSON; EARNEST RUSSELL-EL; JOHN D. SIMPSON; DENNIS M. TITUS; GREG WALKER; KENNETH A. WILLIAMSON; JOHN WOMACK; ROBERT F. ALSTON; GARY NEWELL; DAVID P. SELBY; JESSE M. HALE; TERRANCE M. SEAY,

                              Plaintiffs,

     versus

DONALD R. GUILLORY, Warden Powhatan Correctional Center; WILLIAM WELCH, Hospital Administrator Prison Medical Unit; LEON M. DIXON, M.D., Prison Medical Unit; DAVID W. BARNES, M.D., Prison Medical Unit,

                    Defendants - Appellees,

     and

RONALD ANGELONE, Director, Virginia Department of Corrections; BALVIR L. KAPIL, M.D., Prison Medical Unit,

                            Defendants.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-95-744)

Submitted: June 20, 1996          Decided: July 9, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roosevelt Taylor, Jr., Dennis Michael Titus, Clarence E. Jones, Terrance M. Seay, John David Simpson, Gregory Walker, Robert Lee Conner, Thomas Allen Elkins, Ronald L. Porter, Charles Clarke, Jimmie Conner, Charles C. Atkins, Paul Lee Martin, Appellants Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants filed a complaint under 42 U.S.C. § 1983 (1988), claiming that their Eighth Amendment rights were violated because they were exposed to histoplasmosis. The district court conducted a hearing and granted summary judgment in Appellees' favor for the reasons stated from the bench. Appellants appeal from the court's order. We have reviewed the record and the district court's statements from the bench. The court properly found that Appellants failed to show that Appellees were deliberately indifferent to a risk of infection. See Farmer v. Brennan, ___ U.S. ___, 62 U.S.L.W. 4446, 4448-50 (U.S. June 6, 1994) (No. 92-7247). Accordingly, we affirm on the reasoning of the district court. Taylor v. Guillory, No. CA-95-744 (E.D. Va. Mar. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

16